```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
RICHARD CARTER, Individually and on       :
Behalf of All Others Similarly            :
Situated,                                 :      20cv3865 (DLC)
                                          :
                Plaintiff,                :      ORDER
                                          :
         -v-                              :
                                          :
WILLIS TOWERS WATSON PUBLIC LIMITED       :
COMPANY, VICTOR F. GANZI, JOHN J.         :
HALEY, ANNA C. CATALANO, WENDY E. LANE,   :
BRENDAN R. O'NEILL, JAYMIN B. PATEL,      :
LINDA D. RABBITT, PAUL THOMAS, and        :
WILHELM ZELLER,                           :
                                          :
                Defendants.               :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On May 19, 2020, plaintiff filed a class action lawsuit on behalf of all public stockholders of defendant Willis Towers Watson Public Limited Company ("Willis Towers Watson"). The complaint alleges violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act").

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires, in relevant part, that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff

    class . . . of the pendency of the action, the claims asserted therein, and the purported class period.

15 U.S.C. § 78u-4(a)(3)(A)(i).  Accordingly, it is hereby

    ORDERED that by **June 19, 2020,** plaintiff shall identify the date and publication in which notice was provided.

Dated:    New York, New York
            June 16, 2020

                                            _____
                                               DENISE COTE
                                    United States District Judge