UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
RICHARD CARTER, Individually and on    :
Behalf of All Others Similarly         :
Situated,                              :      20cv3865 (DLC)
                                       :
                     Plaintiff,        :           ORDER
                                       :
           -v-                         :
                                       :
WILLIS TOWERS WATSON PUBLIC LIMITED     :
COMPANY, VICTOR F. GANZI, JOHN J.       :
HALEY, ANNA C. CATALANO, WENDY E. LANE, :
BRENDAN R. O'NEILL, JAYMIN B. PATEL,    :
LINDA D. RABBITT, PAUL THOMAS, and      :
WILHELM ZELLER,                         :
                                       :
                     Defendants.       :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

     On May 19, 2020, plaintiff filed a class action lawsuit on

behalf of all public stockholders of defendant Willis Towers

Watson Public Limited Company ("Willis Towers Watson").  The

complaint alleges violations of Sections 14(a) and 20(a) of the

Securities Exchange Act of 1934 ("1934 Act").

     Section 78u-4(a)(3)(A) of the Private Securities Litigation

Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

     Not later than 20 days after the date on which the
     complaint is filed, the plaintiff or plaintiffs shall
     cause to be published, in a widely circulated national
     business-oriented publication or wire service, a
     notice advising members of the purported plaintiff
     class--

> (I) of the pendency of the action, the claims asserted therein, and the purported class period; and
>
> (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i).  Pursuant to § 78u-4(a)(3)(A)(ii),

> If more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter is filed, only the plaintiff or plaintiffs in the first filed action shall be required to cause notice to be published in accordance with clause (i).

Id. § 78u-4(a)(3)(A)(ii).

The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members. See id. § 78u-4(a)(3)(B)(i).  In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff

until after a decision on the motion to consolidate is rendered.  See id. § 78u-4(a)(3)(B)(ii).

As permitted by § 78u-4(a)(3)(A)(ii), counsel in a related case published the required notice on June 3, 2020.  Members of the purported class therefore have until **August 3, 2020** to move the Court to serve as lead plaintiffs.  Accordingly, it is hereby

ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **August 14, 2020.**

IT IS FURTHER ORDERED that a telephonic conference is scheduled for **August 28, 2020** at **10:00 a.m.** to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.  The dial-in credentials for the telephone conference are as follows:

        Dial-in:        888-363-4749
        Access code:    4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants.

IT IS FURTHER ORDERED that the Order of June 15, 2020 scheduling the initial pretrial conference is VACATED.


Dated:    New York, New York
          June 17, 2020

                                    _____
                                              DENISE COTE
                                    United States District Judge